**Brian C. Hickman, OSB No. 031096**
bhickman@gordon-polscer.com
**Gordon & Polscer, L.L.C.**
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225
Telephone: (503) 242-2922
Facsimile: (503) 242-1264

*Attorney for Defendant Government Employees Insurance Company*


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| TODD WHITE, as personal representative to the ESTATE OF JANICE WHITE, )<br><br>Plaintiff, )<br><br>v. )<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY dba GEICO, a Maryland corporation )<br><br>Defendant. ) | **Case No.**  6:17-cv-00515<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>**(Marion County Circuit Court Case No. 17CV07879)** |

TO:    The Clerk of the United States District Court for the District of Oregon; and Plaintiff Todd White, as personal representative to the estate of Janice White, by and through his attorneys, Travis S. Prestwich and the Law Offices of Swanson, Lathen, Prestwich, P.C.:


Defendant Government Employees Insurance Company ("GEICO") hereby gives notice

that this action is removed to the United States District Court for the District of Oregon, Eugene

Division, from the Circuit Court of the State of Oregon for Marion County. Pursuant to 28 USC

§1441 and 28 USC §1446, GEICO further states:


**NOTICE OF REMOVAL OF CIVIL ACTION**

Page 1

## PROCEDURAL POSTURE--STATE COURT ACTION

1. GEICO is the sole defendant named in a civil action filed by plaintiff in the Circuit Court of the State of Oregon for Marion County, entitled *Todd White, as personal representative to the Estate of Janice White v. Government Employees Insurance Company dba GEICO, a Maryland corporation*, Marion County Circuit Court Case Number 17CV07879 (the "State Court Action").

2. The State Court Action was commenced when plaintiff filed his Complaint with the Clerk for the Circuit Court of the State of Oregon for Marion County on or about February 17, 2017. And, through service on its registered agent, GEICO first received the Summons and Complaint on February 28, 2017. As of the date of the filing of this Notice of Removal of Civil Action, 30 days have not elapsed from the time this matter first became removable.

3. This Notice of Removal of Civil Action is timely, under 28 USC §1446(b), in that it is being filed within 30 days of the GEICO's first receipt of plaintiff's Complaint. Apart from Notices of Removal, GEICO has filed no pleadings in this action to date.

4. The following pleadings constitute all of the process, pleadings, and orders received by GEICO or filed by plaintiff in the State Court Action up to the present time: the initial Summons and Complaint, true copies of which are attached to this Notice of Removal as Exhibits "A" and "B," respectively, the Assignment to Trial Judge, attached to this Notice as Exhibit "C," and the Affidavit of Service attached to this Notice as Exhibit "D."

**NOTICE OF REMOVAL OF CIVIL ACTION**

5.  The State Court Action is a controversy between citizens of different states. GEICO is informed and has a good faith belief that plaintiff is, and at all material times has been, an Oregon resident.  GEICO is, and at all material times has been, a corporation duly incorporated under the laws of the State of Maryland, with its principal place of business in Chevy Chase, Maryland.

6.  The State Court Action is a civil action by plaintiff for "Breach of Contract, Negligence, Tortious Breach of Fiduciary Duty." Plaintiff alleges he has incurred $27,000 in "economic damages" and $100,000 in "general damages," exclusive of plaintiff's attorneys' fees.  Accordingly, the amount in controversy in the State Court Action is in excess of the sum of $75,000, exclusive of interest and costs.  GEICO denies that it is liable to plaintiff for the allegations and Claims asserted in the State Court Action.

## STATEMENT OF JURISDICTION

7.  This Court has original jurisdiction of this civil action pursuant to 28 USC §1332, and the action, therefore, is subject to removal pursuant to 28 USC §1441(a).

8.  Venue is proper in the United States District Court for the District of Oregon, Eugene Division, because the State Court Action is removed from the Marion County Circuit Court of Oregon.

9.  GEICO is concurrently filing a Notice to State Court of Removal with the Clerk of the Marion County Circuit Court, in accordance with 28 USC §1446(d).  Such Notice is also being concurrently served on plaintiff through his attorneys.

NOTICE OF REMOVAL OF CIVIL ACTION

## GEICO's NON-WAIVER AND RESERVATION of RIGHTS

10. By filing this Notice of Removal of Civil Action, GEICO does not waive, and it

expressly reserves, all rights, claims, defenses, privileges and/or objections of any

nature that GEICO may have to plaintiff's allegations, Claims, and State Court

Action.

DATED this 30th day of March, 2017.

                                        GORDON & POLSCER, L.L.C.


                                        /s/ Brian C. Hickman
                                        Brian C. Hickman, OSB No. 031096
                                        Gordon & Polscer, L.L.C.
                                        9755 S.W. Barnes Road, Suite 650
                                        Portland, OR 97225
                                        Phone No. (503) 242-2922
                                        Fax No. (503) 242-1264

                                        *Attorney for Defendant Government
                                        Employees Insurance Company*

Page 4

**NOTICE OF REMOVAL OF CIVIL ACTION**

## CERTIFICATE OF SERVICE

I certify that on the date noted below, I filed the foregoing **NOTICE OF REMOVAL**

**OF CIVIL ACTION** using the CM/ECF system. I further certify that on the date noted below I

served a true copy of the same on the parties noted below in the manner indicated:

> *By US Mail and Email*

Travis Prestwich
Swanson Lathen Prestwich, PC
3040 Commercial St. SE
Suite 200
Salem, OR 97302
travis@slamlaw.com

*Of Attorneys for Plaintiff*

DATED this 30th day of March, 2017.

GORDON & POLSCER, L.L.C.

/s/ Brian C. Hickman
Brian C. Hickman, OSB No. 031096
Gordon & Polscer, L.L.C.
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225
Phone No. (503) 242-2922
Fax No. (503) 242-1264

*Attorney for Defendant Government
Employees Insurance Company*

**CERTIFICATE OF SERVICE**