Travis S. Prestwich, OSB 003617
Email: travis@slamlaw.com
Swanson, Lathen, Prestwich, PC
3040 Commercial St. SE, Ste. 200
Salem, OR 97302
Telephone: 503-581-2421 / Fax: 503-588-7179
    Attorney for Plaintiff

Brian C. Hickman, OSB No. 031096
bhickman@gordon-polscer.com
Gordon & Polscer, L.L.C.
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225
Telephone: (503) 242-2922
Facsimile: (503) 242-1264

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| TODD WHITE, as personal representative To the ESTATE OF JANICE WHITE, <br><br>Plaintiff, <br><br>v. <br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, dba GEICO, a Maryland corporation. <br><br>Defendant. | Case No. 6:17-cv-00515-MC <br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

Pursuant to the endorsed stipulation of the parties below, wherein it appears that the parties have fully and completely resolved their disputes, and pursuant to FRCP 41(a)(2) and being fully advised on the premises;

////

////

////

Page 1 -- **STIPULATED JUDGMENT OF DISMISSAL**

NOW, THEREFORE, it is hereby ordered that the above-entitled matter be and is dismissed with prejudice and without costs or fees to any party.

Dated: ___2/13___, 2018.

_____
Judge Michael J. McShane

Entry of the foregoing Stipulated Judgment of Dismissal is approved and consented to:

IT IS SO STIPULATED:

Dated: this 9th day February, 2018.

/s/Travis S. Prestwich
Travis S. Prestwich, OSB No. 003617
Of Attorneys for Plaintiff

/s/ Brian Hickman

Brian Hickman, OSB No. 031096
Of Attorneys for Defendant

Page 2 -- STIPULATED JUDGMENT OF DISMISSAL

SWANSON, LATHEN, PRESTWICH, PC
3040 Commercial Street SE, Suite 200
SALEM, OREGON 97302
503-581-2421; 503-588-7179 (FACSIMILE)
www.slamlaw.com